# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SPRYOS ANDREOU, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV416-314 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The United States of America, by and through its counsel, has certified that defendants Kimberly Floyd-Screven and Paula McHenry were acting within the scope of their employment at the time of the incident giving rise to this suit, as authorized by the Attorney General. Doc. 4 (citing 28 C.F.R. § 15.4). The United States thus seeks to be substituted in their place under the Federal Employees Liability Reform and Tort Compensation Act of 1988, § 6, Pub. L. 100-694, 102 Stat. 4563 (1988); 28 U.S.C. § 2679(d)(1). *Id.*

The exclusive remedy for plaintiff's claims is an action against the United States of America. Kimberly Floyd-Screven and Paula McHenry are therefore **DISMISSED** from the case pursuant to 28 U.S.C. § 2679,

and the United States is **SUBSTITUTED** as the sole defendant. The Court has amended the caption accordingly, and all subsequent filings should so conform.

**SO ORDERED,** this 28th day of November, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA