IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SPRYOS ANDREOU, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-314
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 10; Doc. 11; Doc. 12). After careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 26th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA