# United States District Court
## Southern District of Georgia

Spryos Andreou,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV416-314,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/26/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case.



| 1/26/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

/Walker Prescott
*(By) Deputy Clerk*